In re State of Louisiana; — Plaintiff(s); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “D”, No. 264-728.
Writ granted; conviction and sentence reinstated. The trial court may not avoid statutory procedural bars by “reopening” post-conviction proceedings when it was earlier denied an application for post-conviction relief. State v. Ford, 96-2919 (La.5/30/97), 694 So.2d 917; State v. Clayton, 96-1658 (La.2/27/97), 687 So.2d 996; State ex rel. Lewis v. Cr.D.C., 571 So.2d 659 (La.1991).
KIMBALL, J., not on panel.